965 So.2d 400 (2007)
STEAMSHIP MUTUAL UNDER-WRITING ASSOCIATION (BERMUDA), LTD.
v.
SUN LIFE ASSURANCE COMPANY OF CANADA.
No. 2007-C-1390.
Supreme Court of Louisiana.
October 12, 2007.
In re Steamship Mutual Underwriting Association (Bermuda) Ltd.;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, No. 509,141; to the Court of Appeal, First Circuit, No. 2006 CA 1082.
Denied.